USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-12-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROSPERO TIRE EXPORT, INC., ET AL.,

                         Plaintiffs,

-against-

MAERSK LINE A/S and WESTSIDE EXPORTS LLC,

                         Defendants.

1:19-cv-008350 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

The Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **January 9, 2020**.

SO ORDERED.

Dated: December 12, 2019
      New York, New York

                                       ANDREW L. CARTER, JR.
                                       United States District Judge

COPIES MAILED