**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PROSPERO TIRE EXPORT, INC., ET AL.,

                              Plaintiffs,

        -against-

MAERSK LINE A/S and WESTSIDE
EXPORTS LLC,

                              Defendants.

---

**1:19-cv-08350 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or

before **February 25, 2020.**

**SO ORDERED.**

**Dated: February 11, 2020**
           **New York, New York**

_____
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**