USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/31/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PROSPERO TIRE EXPORT, INC., ET AL.,**

                    **Plaintiffs,**

      -against-

**MAERSK LINE A/S** and **WESTSIDE EXPORTS LLC,**

                    **Defendants.**

**1:19-cv-008350 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are hereby **ORDERED** to submit a Joint Status Report to the Court on or before **April 10, 2020.**

**SO ORDERED.**

**Dated:** **March 31, 2020**
       **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**