USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PROSPERO TIRE EXPORT, INC., ET AL.,**<br><br>                              **Plaintiffs,**<br>         -against-<br><br>**MAERSK LINE A/S** and **WESTSIDE EXPORTS LLC,**<br><br>                              **Defendants.** | 1:19-cv-008350 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

This action was commenced in the District of Puerto Rico. On July 30, 2019, the District of Puerto Rico issued an order granting Plaintiffs Multi Recycling & Manufacturing Corp. and JDJ Recycling Guayama, Corp. ("Plaintiffs") a period of 30 days to retain new counsel. ECF No. 52. The Order stated, "failure to comply with this order shall result in dismissal without prejudice of their claims." *Id.* To date, Plaintiffs have not retained new counsel. Accordingly, these Plaintiffs' claims are dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

**SO ORDERED.**

**Dated:** April 14, 2020
      New York, New York

                                                                                        _____
                                                                                        **ANDREW L. CARTER, JR.**
                                                                                        **United States District Judge**